U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

AUG 11 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES L. MOSS | CIVIL ACTION NO. 10-cv-0002 |
| VERSUS | JUDGE STAGG |
| UNUM GROUP CORP., ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Dr. Moss's **Motion to Remand (Doc. 9)** is **denied**.

**IT IS FURTHER ORDERED** that all claims against Tim Fitzgerald and Associates, LLC and TFG Financial Group Benefits, LLC are **dismissed with prejudice** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of August, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE